# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              NO. 4:94CR00142-002 SWW

FRANK GALLAWAY

### ORDER

On June 22, 2005, this Court conducted a hearing and modified defendant's conditions of supervised release to include 12 months in a half-way house. It has come to the Court's attention that this defendant was taken into state custody on June 22, 2005, and remained in state custody until August 22, 2005. Defendant then reported to City of Faith on September 23, 2005, and has been there since that date. Because of the time spent in state custody and because he is employed, the Court finds that defendant's supervised release and his confinement at the half-way house should terminate immediately.

IT IS THEREFORE ORDERED that defendant's supervised release and confinement at the half-way house shall terminate immediately.

DATED this 1st day of August, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE